1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   LAURENCIO JACOBO TELLEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  2:08-cr-0029 FCD
                                    )
11               Plaintiff,         )  STIPULATION; ORDER
                                    )
12      v.                          )
                                    )  DATE:  March 31, 2008
13 LAURENCIO JACOBO TELLEZ,         )  TIME:  10:00 a.m.
                                    )  Hon. Frank C. Damrell, Jr.
14               Defendant.         )
                                    )
15 _____  )
                                    )
16                                  )

17      Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-
18 Myer, Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Heiko Coppola, agree as follows:
20      It is hereby stipulated that the status conference currently set
21 for March 31, 2008, be vacated and a new status conference be scheduled
22 on May 5th, 2008 at 10:00 a.m.
23      It is further stipulated and agreed between the parties that the
24 time under the Speedy Trial Act should be excluded from today's date to
25 May 5th, 2008, under Local Code T4, Title 18, United States Code
26 section 3161(h)(8)(B)(iv), to give the defendant time to further review
27 the discovery and to adequately prepare.
28

```
 1  Dated: March 26, 2008
 2                                          Respectfully submitted,
 3                                          /s/ Christopher Haydn-Myer
                                            _____
 4                                          CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
 5                                          LAURENCIO JACOBO TELLEZ

 6  DATED: March 26, 2008                   McGREGOR W. SCOTT
                                            United States Attorney
 7
                                            /S/ Christopher Haydn-Myer for
 8                                          HEIKO COPPOLA
                                            Assistant U.S. Attorney
 9                                          Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for March 31, 2008, be vacated and a new status conference be scheduled on May 5th, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to May 5th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: March 27, 2008

_____
HON. FRANK C. DAMRELL, Jr.
United States District Court Judge

2