1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   LAURENCIO JACOBO TELLEZ
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )  CR. NO. S-08-0029
                                  )
11              Plaintiff,        )  STIPULATION; ORDER
                                  )
12      v.                        )
                                  )  DATE: May 5, 2008
13 LAURENCIO JACOBO TELLEZ,       )  TIME: 10:00 a.m.
                                  )  COURT: Hon. Frank C. Damrell,
14              Defendant.        )       Jr.
                                  )
15 _____)
                                  )
16                                )

17      Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-
18 Myer, Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Heiko Coppola, agree as follows:
20      It is hereby stipulated that the status conference currently set
21 for May 5th, 2008, be vacated and a new status conference be scheduled
22 on June 2, 2008 at 10:00 a.m.
23      It is further stipulated and agreed between the parties that the
24 time under the Speedy Trial Act should be excluded from today's date to
25 June 2, 2008, under Local Code T4, Title 18, United States Code section
26 3161(h)(8)(B)(iv), to give the defendant time to further review the
27 discovery and to adequately prepare.
28

Dated: May 1, 2008

                    Respectfully submitted,

                    /s/ Christopher Haydn-Myer
_____
                    CHRISTOPHER HAYDN-MYER
                    Attorney for Defendant
                    LAURENCIO JACOBO TELLEZ

DATED: May 1, 2008        McGREGOR W. SCOTT
                    United States Attorney

                    /S/ Christopher Haydn-Myer for
                    HEIKO COPPOLA
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for May 5th, 2008, be vacated and a new status conference be scheduled on June 2, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to June 2, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: May 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE