CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
LAURENCIO JACOBO TELLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-08-0029 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | DATE: July 21, 2008 |
| LAURENCIO JACOBO TELLEZ, ) | TIME: 10:00 a.m. |
| ) | COURT: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |
| ) | |

Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Heiko Coppola, agree as follows:

It is hereby stipulated that the status conference currently set for July 21, 2008, be vacated and a new status conference be scheduled on August 25, 2008 at 10:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 25th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare.

```
1  Dated: July 18th, 2008
2                                          Respectfully submitted,
3                                          /s/ Christopher Haydn-Myer
                                           _____
4                                          CHRISTOPHER HAYDN-MYER
                                           Attorney for Defendant
5                                          LAURENCIO JACOBO TELLEZ

6  DATED: July 18th, 2008                  McGREGOR W. SCOTT
                                           United States Attorney
7
                                           /S/ Christopher Haydn-Myer for
8                                          HEIKO COPPOLA
                                           Assistant U.S. Attorney
9                                          Attorney for Plaintiff
```

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for July 21, 2008, be vacated and a new status conference be scheduled on August 25, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to August 25, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: July 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2