1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   LAURENCIO JACOBO TELLEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  CR. NO. S-08-0029 FCD
                                    )
11              Plaintiff,          )  STIPULATION AND ORDER
                                    )
12     v.                           )
                                    )  DATE: October 6, 2008
13 LAURENCIO JACOBO TELLEZ,         )  TIME:  10:00 a.m.
                                    )  COURT: Hon. Frank C. Damrell, Jr.
14              Defendant.          )
                                    )
15 _____  )
                                    )
16                                  )

17      Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-
18 Myer, Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Heiko Coppola, agree as follows:
20      It is hereby stipulated that the status conference currently set
21 for October 6, 2008, be vacated and a new status conference be
22 scheduled on November 3, 2008 at 10:00 a.m.
23      It is further stipulated and agreed between the parties that the
24 time under the Speedy Trial Act should be excluded from today's date to
25 November 3rd, 2008, under Local Code T4, Title 18, United States Code
26 section 3161(h)(8)(B)(iv), to give the defendant time to further review
27 the discovery and to adequately prepare.
28

```
Dated: October 1, 2008
                                        Respectfully submitted,

                                        /s/ Christopher Haydn-Myer
                                        _____
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        LAURENCIO JACOBO TELLEZ

DATED: October 1, 2008                  McGREGOR W. SCOTT
                                        United States Attorney

                                        /S/ Christopher Haydn-Myer for
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for October 6, 2008, be vacated and a new status conference be scheduled on November 3, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to November 3, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: October 1, 2008

_____
HON. FRANK C. DAMRELL, JR.
United States District Court Judge

2