1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   LAURENCIO JACOBO TELLEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )  CR. NO. S-08-0029
                                  )
11            Plaintiff,          )  STIPULATION AND ORDER
                                  )
12     v.                         )
                                  )  DATE: November 3, 2008
13 LAURENCIO JACOBO TELLEZ,       )  TIME: 10:00 a.m.
                                  )  COURT: Hon. Frank C. Damrell,
14            Defendant.          )     Jr.
                                  )
15 _____)
                                  )
16                                )

17      Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-
18 Myer, Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Heiko Coppola, agree as follows:
20      It is hereby stipulated that the status conference currently set
21 for November 3, 2008, be vacated and a new status conference be
22 scheduled on December 15th, 2008 at 10:00 a.m.
23      It is further stipulated and agreed between the parties that the
24 time under the Speedy Trial Act should be excluded from today's date to
25 December 15th, 2008, under Local Code T4, Title 18, United States Code
26 section 3161(h)(8)(B)(iv), to give the defendant time to further review
27 the discovery and to adequately prepare.
28

1 | Dated: October 30, 2008

2 | Respectfully submitted,

3 | /s/ Christopher Haydn-Myer
_____
4 | CHRISTOPHER HAYDN-MYER
Attorney for Defendant
5 | LAURENCIO JACOBO TELLEZ

6 | DATED: October 30, 2008    McGREGOR W. SCOTT
United States Attorney

7 |

8 | /S/ Christopher Haydn-Myer for
HEIKO COPPOLA
Assistant U.S. Attorney
9 | Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 3rd, 2008, be vacated and a new status conference be scheduled on December 15th, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to December 15th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: October 30, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2