CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
LAURENCIO JACOBO TELLEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-08-0029 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) |
| v. | ) |
| | ) DATE:  December 15, 2008 |
| LAURENCIO JACOBO TELLEZ, | ) TIME:  10:00 a.m. |
| | ) COURT: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |
| | ) |
| _____ | ) |
| | ) |
| | ) |

Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Heiko Coppola, agree as follows:

It is hereby stipulated that the status conference currently set for December 15, 2008, be vacated and a new status conference be scheduled on March 2, 2009 at 10:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to March 2, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare.

1 | Dated: December 10, 2008

2 | Respectfully submitted,

3 | /s/ Christopher Haydn-Myer

4 | CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
5 | LAURENCIO JACOBO TELLEZ

6 | DATED: December 10, 2008      McGREGOR W. SCOTT
    United States Attorney

7 |

8 | /S/ Christopher Haydn-Myer for
    HEIKO COPPOLA
    Assistant U.S. Attorney
9 | Attorney for Plaintiff

10 |

11 | **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for December 15th, 2008, be vacated and a new status conference be scheduled on March 2, 2009 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to March 2, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: December 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2