CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
LAURENCIO JACOBO TELLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURENCIO JACOBO TELLEZ, )<br>)<br>Defendant. )<br>)<br>_____ )<br>) | CR. NO. S-08-0029<br><br>STIPULATION AND ORDER<br><br>DATE:  March 2, 2009<br>TIME:  10:00 a.m.<br>COURT: Hon. Frank C. Damrell, Jr. |

Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Heiko Coppola, agree as follows:

It is hereby stipulated that the status conference currently set for March 2, 2009, be vacated and a new status conference be scheduled on April 13, 2009 at 10:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 13, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare.

1  Dated: February 27, 2009

2                                              Respectfully submitted,

3                                              /s/ Christopher Haydn-Myer
                                               _____
4                                              CHRISTOPHER HAYDN-MYER
                                               Attorney for Defendant
5                                              LAURENCIO JACOBO TELLEZ

6  DATED: February 27, 2009                   McGREGOR W. SCOTT
                                               United States Attorney
7
                                               /S/ Christopher Haydn-Myer for
8                                              HEIKO COPPOLA
                                               Assistant U.S. Attorney
9                                              Attorney for Plaintiff

10
                                      **ORDER**
11
       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
12
   currently set for March 2, 2009, be vacated and a new status conference
13
   be scheduled on April 13, 2009 at 10:00 a.m., and the time under the
14
   Speedy Trial Act should be excluded from today's date to April 13, 2009,
15
   under Local Code T4, Title 18, United States Code section
16
   3161(h)(8)(B)(iv).
17

18
   DATED: February 27, 2009
19
                                               _____
20                                             FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
21

2