```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95811
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    LAURENCIO JACOBO TELLEZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,     )  CR. NO. S-08-0029
                                  )
11                 Plaintiff,     )  STIPULATION and ORDER
                                  )
12       v.                       )
                                  )  DATE: April 13, 2009
13  LAURENCIO JACOBO TELLEZ,      )  TIME: 10:00 a.m.
                                  )  COURT: Hon. Frank C. Damrell,
14                 Defendant.     )     Jr.
                                  )
15  _____)
                                  )
16                                )
```

17      Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-
18 Myer, Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Heiko Coppola, agree as follows:

20      It is hereby stipulated that the status conference currently set
21 for April 13, 2009, be vacated and a new status conference be scheduled
22 on May 11, 2009 at 10:00 a.m.

23      It is further stipulated and agreed between the parties that the
24 time under the Speedy Trial Act should be excluded from today's date to
25 May 11, 2009, under Local Code T4, Title 18, United States Code section
26 3161(h)(8)(B)(iv), to give the defendant time to further review the
27 discovery and to adequately prepare.

28

| | |
|---|---|
| Dated: April 9, 2009 | |
| | Respectfully submitted, |
| | /s/ Christopher Haydn-Myer |
| | _____ |
| | CHRISTOPHER HAYDN-MYER |
| | Attorney for Defendant |
| | LAURENCIO JACOBO TELLEZ |
| DATED: April 9, 2009 | McGREGOR W. SCOTT |
| | United States Attorney |
| | |
| | /S/ Christopher Haydn-Myer for |
| | HEIKO COPPOLA |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for April 13, 2009, be vacated and a new status conference be scheduled on May 11, 2009 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to May 11, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: April 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE