```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95811
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    LAURENCIO JACOBO TELLEZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,      )  NO.  CR. S-08-0029 FCD
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER
                                   )
12      v.                         )
                                   )  DATE: May 11, 2009
13  LAURENCIO JACOBO TELLEZ,       )  TIME: 10:00 a.m.
                                   )  COURT: Hon. Frank C. Damrell, Jr.
14              Defendant.         )
                                   )
15  _____)

16

17       Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-

18  Myer, Attorney At Law, and the United States of America, through

19  Assistant U.S. Attorney Heiko Coppola, agree as follows:

20       It is hereby stipulated that the status conference currently set

21  for May 11, 2009, be vacated and a new status conference be scheduled

22  on June 22, 2009 at 10:00 a.m.

23       It is further stipulated and agreed between the parties that the

24  time under the Speedy Trial Act should be excluded from today's date to

25  June 22, 2009, under Local Code T4, Title 18, United States Code

26  section 3161(h)(8)(B)(iv), to give the defendant time to further review

27  the discovery and to adequately prepare.

28
```

Dated: May 7, 2009

                                  Respectfully submitted,

                                  /s/ Christopher Haydn-Myer
                                  _____
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for Defendant
                                  LAURENCIO JACOBO TELLEZ

DATED: May 7, 2009                   McGREGOR W. SCOTT
                                  United States Attorney

                                  /S/ Christopher Haydn-Myer for
                                  HEIKO COPPOLA
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

## **ORDER**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for May 11, 2009, be vacated and a new status conference be scheduled on June 22, 2009 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to June 22, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: May 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE