```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95811
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    LAURENCIO JACOBO TELLEZ
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,    )  CR. NO. S-08-0029 FCD
                                 )
11              Plaintiff,       )  STIPULATION; ORDER
                                 )
12      v.                       )
                                 )  DATE:  June 22, 2009
13  LAURENCIO JACOBO TELLEZ,     )  TIME:  10:00 a.m.
                                 )  COURT: Hon. Frank C. Damrell,
14              Defendant.       )         Jr.
                                 )
15  _____)
                                 )
16                               )
```

17      Defendant, LAURENCIO JACOBO TELLEZ, through Christopher Haydn-
18  Myer, Attorney At Law, and the United States of America, through
19  Assistant U.S. Attorney Heiko Coppola, agree as follows:
20      It is hereby stipulated that the status conference currently set
21  for June 22nd, 2009, be vacated and a new status conference be
22  scheduled on July 27th, 2009 at 10:00 a.m.
23      It is further stipulated and agreed between the parties that the
24  time under the Speedy Trial Act should be excluded from today's date to
25  July 27th, 2009, under Local Code T4, Title 18, United States Code
26  section 3161(h)(7)(B)(iv), to give the defendant time to further review
27  the discovery and to adequately prepare.  Within the last week, counsel
28  for Mr. Tellez and Mr. Coppola have made great progress in resolving

this case, and a plea agreement is being drafted.

Dated: June 19th, 2009

    Respectfully submitted,

    /s/ Christopher Haydn-Myer
    _____
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
    LAURENCIO JACOBO TELLEZ

DATED: June 19th, 2009    LAWRENCE BROWN
    Acting United States Attorney

    /S/ Christopher Haydn-Myer for
    HEIKO COPPOLA
    Assistant U.S. Attorney
    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for June 22nd, 2009, be vacated and a new status conference be scheduled on July 27th, 2009 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to July 27th, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

DATED: June 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2